**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:16-CV-20848-RNS**

TAMMI MILNE,

Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tammi Milne, by and through her attorneys, Attorneys Dell and Schaefer, Chartered, and Defendant, The Prudential Insurance Company of America, by and through its attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each Party will bear her/its own costs, expenses and attorneys' fees.

**DATED: July 22, 2016:**

_/s/ Alexander A. Palamara_____

Alexander A. Palamara
Gregory Michael Dell
Attorneys Dell and Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, Florida 33020

Attorneys for Plaintiff Tammi Milne

_/s/ Philip J. Kantor______

Philip J. Kantor
Quintairos, Prieto, Wood & Boyer, P.A.
One East Broward Blvd.
Suite 1200
Ft. Lauderdale, Florida 33301

Attorneys for Defendant The Prudential Insurance Company of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** has been electronically filed with the Clerk of Court by using the CM/ECF system this **22nd day of July, 2016**, which will send a notice of electronic filing and by E-Mail to: Alexander A. Palamara, *Esq.*, Dell & Schaefer, 2404 Hollywood Blvd., Hollywood, FL 33020.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
By:
/s/ Philip J. Kantor

PHILIP J. KANTOR
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
One East Broward Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 523-7008
Facsimile: (954) 523-7009
E-mail: pkantor@qpwblaw.com
Counsel for The Prudential
Insurance Company of America